# Exhibit 3

# Claim Chart for United States Cellular Corporation
## U.S. Pat. No. 8,337,239

| Claim | Evidence |
|---|---|
| (1.0) An adaptor for allowing use of a micro SIM card in a device using mini SIM cards, comprising: | U.S. Cellular provides the US Cellular 4G LTE SIM Card for Cellphone (3-in-1 Universal Size) (the "Sim Adaptor") that has an adaptor body with a cutout region that receives micro SIM cards.<br><br>**Figure 1**: Sim Adaptor front side<br><br>**Figure 2**: Sim Adaptor back side<br><br>Source: https://www.amazon.com/Cellular-Card-Cellphone-Micro-Sized/dp/B07HJTNB9R?th=1 |

2

## Claim Chart for United States Cellular Corporation
### U.S. Pat. No. 8,337,239

| | |
|---|---|
| (1.1) an adaptor body having a cutout region defined by walls in the adaptor, said cutout region shaped to receive a micro SIM card therein; ("Element 1.1") | The Sim Adaptor satisfies all limitations of Element 1.1.<br><br>U.S. Cellular's Sim Adaptor has an adaptor body having a cutout region defined by walls in the adaptor that are shared to receive micro SIM cards. For example, U.S. Cellular sells the Sim Adaptor with a Micro SIM adapter that has an adaptor body with a cutout region that receives micro SIM cards.<br><br>*See* Figs 1-2. |
| (1.2) a floor on said cutout region for Supporting the micro SIM card therein; ("Element 1.2") and | The Sim Adaptor satisfies all limitations of Element 1.2.<br><br>U.S. Cellular's Sim Adaptor has a floor on the cutout region for supporting the micro SIM card. For example, the Sim Adaptor has a floor in the cutout region that provides space allowing the micro SIM card to be placed.<br><br>*See* Figs 1-2. |
| (1.3) said adaptor body made of plastic and/or nylon, carbon fiber, aluminum, or similar material capable of with-standing heat levels up to at least about 250 Fahrenheit without degradation. ("Element 1.3") | The Sim Adaptor satisfies all limitations of Element 1.3.<br><br>U.S. Cellular's Sim Adaptor has an adaptor body made of plastic and/or nylon, carbon fiber, aluminum or similar materials capable of withstanding heat levels up to at least 250 degrees Fahrenheit without degradation. For example, U.S. Cellular sells a Sim Adaptor made of, plastic or similar materials capable of withstanding heat levels up to at least 250 degrees Fahrenheit without degradation.<br><br>*See* Figs 1-2. |