# Exhibit 4

# Claim Chart for United States Cellular Corporation
## U.S. Pat. No. 8,573,986

| Claim | Evidence |
|---|---|
| (1.0) A SIM card adaptor for allowing use of a smaller format SIM card in an electronic device using a larger format SIM card, comprising: | United States Cellular Corporation ("U.S. Cellular") provides the US Cellular 4G LTE SIM Card for Cellphone (3-in-1 Universal Size) (the "Sim Adaptor") with a Micro SIM adapter that has an adaptor body with a cutout region that receives micro SIM cards.<br><br>**Figure 1**: Sim Adaptor front side<br><br>**Figure 2**: Sim Adaptor back side<br><br>Source: https://www.amazon.com/Cellular-Card-Cellphone-Micro-Sized/dp/B07HJTNB9R?th=1 |

2

## Claim Chart for United States Cellular Corporation
## U.S. Pat. No. 8,573,986

| | |
|---|---|
| (1.1) an adaptor body having a cutout region defined by walls in the adaptor, the cutout region shaped to receive the Smaller format SIM card therein; ("Element 1.1") and | The Sim Adaptor satisfies all limitations of Element 1.1.<br><br>U.S. Cellular's Sim Adaptor has an adaptor body having a cutout region defined by walls in the adaptor that are shared to receive micro SIM cards. For example, the Sim Adaptor has a floor in the cutout region that provides space allowing the micro SIM card to be placed.<br><br>*See* Figs 1-2. |
| (1.2) the adaptor body sized and shaped for use in the elec tronic device using the larger format SIM card, and wherein the adaptor body comprises plastic and/or nylon, carbon fiber, aluminum, or similar material capable of withstanding heat levels up to at least about 200 Fahrenheit without degradation. ("Element 1.2") | The Sim Adaptor satisfies all limitations of Element 1.2.<br><br>U.S. Cellular's Sim Adaptor has a floor on the cutout region for supporting the micro SIM card. For example, U.S. Cellular sells a Sim Adaptor made of plastic or similar materials capable of withstanding heat levels up to at least 250 degrees Fahrenheit without degradation.<br><br>*See* Figs 1-2. |