**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sharpe Innovations, Inc. v. United States Cellular Corporation

Case Number: 1:19-cv-04411

An appearance is hereby filed by the undersigned as attorney for:

Defendant United States Cellular Corporation

Attorney name (type or print): Douglas I. Lewis

Firm: Sidley Austin LLP

Street address: One South Dearborn St.

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6216438
(See item 3 in instructions)

Telephone Number: 312-853-4169

Email Address: dilewis@sidley.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 23, 2019

Attorney signature:  S/ Douglas I. Lewis
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015